**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPYGLASS MEDIA GROUP LLC, et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>THE ALTERIAN GHOST FACTORY, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:26−cv−01235−RAO<br><br>NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT<br>(For use in Direct Assignment of Civil Cases to Magistrate Judges Program Only) |

This case has been randomly assigned to the United States Magistrate Judge **Rozella A. Oliver** for all purposes, including trial, entry of judgment, and direct review by the Ninth Circuit Court of Appeals. See General Order 24-05; 28 U.S.C. § 636(c); F.R.C.P. 73; L.R. 73-1, 73-2. The case number on all documents filed with the Court must read as follows:

**2:26−cv−01235−RAO**

**Consent to a U.S. Magistrate Judge is voluntary.** To consent, no action is needed. The parties are free to opt out of consenting without adverse substantive consequences. Should any party timely opt out of consenting, the case will be randomly reassigned to a District Judge. Any party may decline consent by signing at the bottom of this Form and returning it to the Court in the manner prescribed, within the deadlines set forth, below. **Do not e-file this Form. Do not email this Form to any judge's chambers.** If a party declines consent, the identity of that party will not be communicated to any judge.

**Service of this form on other parties.** This form must be served consistent with Local Rule 73-2.1 and a proof of such service must be file no later than 14 days after such service.

**How to decline consent.** Represented parties must return this completed Form by email to **optout_consent@cacd.uscourts.gov**. Unrepresented parties may return this completed Form by email to **optout_consent@cacd.uscourts.gov**, in person at the customer service window of any Central District of California divisional office, through the Court's Electronic Document Submission System, or by U.S. Mail to:

   United States District Court c/o Magistrate Judge CRD Supervisor
   Opt Out Consent
   255 W. Temple Street
   Los Angeles, CA 90012

**Deadline to submit declination of consent.** For cases initiated in the Central District, the deadline for each party to return this completed Form is fourteen (14) calendar days after service of this Form on that party. For cases removed or transferred to the Central District, the deadline for each party to return this completed Form is seven (7) calendar days after service of this Form on that party. For incarcerated plaintiffs appearing without a lawyer, the deadline to return this completed Form is twenty-one (21) calendar days after service. For parties listed on the docket on the date of issuance of this Form, service is effective on the date of issuance. For parties not listed on the docket on the date of issuance, service of this Form must be effectuated by the initiating party under Local Rule 73-2.1.

**If this Form is NOT RETURNED by the deadline set forth above, each party will be deemed to have knowingly and voluntarily consented to proceed before a Magistrate Judge for all purposes.**

**TO DECLINE TO CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE, COMPLETE THE SECTION BELOW:**

☐ I decline consent and request the case be assigned to a District Judge.

_____                                _____
Date                                                                              Attorney/Party's Signature

                                                                                          _____
                                                                                          Party Represented

CV−20B (11/25)   **NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM**
**(For Use In Direct Assignment of Civil Cases to Magistrate Judges Program Only)**