AARON J. MOSS (SBN 190625)
  aaron.moss@msk.com
JOSHUA M. GELLER (SBN 295412)
  josh.geller@msk.com
HANNAH G. SHEPHERD (SBN 347611)
  hannah.shepherd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiffs
Spyglass Media Group, LLC and
Paramount Pictures Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPYGLASS MEDIA GROUP, LLC, a Delaware limited liability company; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> THE ALTERIAN GHOST FACTORY, INC. d/b/a ALTERIAN, INC., a California corporation; and DOES 1–10, <br><br> Defendants. | Case No. 2:26-cv-1235-SPG-BFMx <br><br> Related Case No. 2:26-cv-01260 <br><br> **JOINT STATUS REPORT** <br><br> Hearing Date:  May 13, 2026 <br> Time:  3:00 p.m. <br> Ctrm:  5C <br><br> Hon. Sherilyn Peace Garnett |

Pursuant to the Court's March 30, 2026, Minute Order Setting a Joint Status Conference, the Parties respectfully submit the following joint status report:

The Parties report that they have reached a resolution in this proceeding and the related proceeding titled *The Alterian Ghost Factory, Inc. v. Easter Unlimited, Inc. et al.*, Case No. 2:26-cv-01260-SPG-BFM.  The Parties anticipate filing stipulated notices of dismissals in both actions within the next two weeks.  The Parties therefore jointly request that all deadlines in both actions be continued for thirty (30) days in the interest of judicial economy.

DATED: MAY 6, 2026              MITCHELL SILBERBERG & KNUPP LLP

By: _____
    Aaron J. Moss
    Joshua M. Geller
    Hannah G. Shepherd
    Attorneys for Plaintiffs
    SPYGLASS MEDIA GROUP, LLC
    AND PARAMOUNT PICTURES
    CORPORATION

DATED: MAY 6, 2026              ATKINSON, ANDELSON, LOY A, RUDD &ROMO

By:  /s/ Brian M. Wheeler
     Brian M. Wheeler
     Jon Ustundag
     Attorneys For Defendant
     THE ALTERIAN GHOST FACTORY,
     INC. d/b/a ALTERIAN, INC.

## ATTESTATION REGARDING SIGNATURES

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Aaron J. Moss, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


DATED: MAY 6, 2026                    BY: _____
                                          Aaron J. Moss

Mitchell
Silberberg &
Knupp LLP

21536993.1

3

**JOINT STATUS REPORT**